**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

TEAMSTERS LOCAL NO. 807, TRUCK DRIVERS,
WAREHOUSEMEN, EXPOSITION, CONVENTION,
and TRADESHOW EMPLOYEES, GREATER NEW
YORK VICINITY AND METROPOLITAN
AREA, I.B.T,

                      Petitioner,

   -against-                                             21 **CIVIL** 7279 (NRB)

                                                                   **JUDGMENT**

SHOWTIME ON THE PIERS, LLC,

                      Defendant.

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 6, 2022, Teamsters' petition to confirm the arbitration award and request for attorney's fees is granted in part; accordingly, the case is closed.

**Dated:** New York, New York

        June 7, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                     **BY:**       *K. Mango*

                                                                     **Deputy Clerk**